

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00319-CV

SEAN AND CYNTHIA O'NEILL                                     APPELLANTS

V.

M. SCOTT SIGEMUND, TOMMIE                                    APPELLEES
ANN SANDSTROM, AND SUSAN
DYER; CO INDEPENDENT
EXECUTORS OF THE ESTATE OF
PAUL B. SANDSTROM

------------

## FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On December 18, 2013, we notified appellants that the trial court clerk

responsible for preparing the record in this appeal informed the court that

payment arrangements had not been made to pay for the clerk's record as

---

[1]*See* Tex. R. App. P. 47.4.

required by Texas Rule of Appellate Procedure 35.3(a)(2).  *See* Tex. R. App. P. 35.3(a)(2).  We stated that we would dismiss the appeal for want of prosecution unless appellants, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution.  Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  January 30, 2014